Matthew J. Norris (SBN 257505)
mjnorris@norrislglaw.com
NORRIS LAW GROUP, P.C.
10940 Wilshire Boulevard, Suite 1600
Los Angeles, California 90024
Telephone: (310) 443-4159
Facsimile: (310) 443-4220

Attorneys for Plaintiff EDWARD HOWARD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD HOWARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>POWERHOUSE COACH, INC., a Corporation, DOUG TOLBERT, an individual, BECKIE TOLBERT, an individual, TODD TOLBERT, an individual, and DOES 1 through 30, inclusive,<br><br>　　　　Defendants. | Case No.   3:24-cv-2031-L-DEB<br><br>**JOINT MOTION AND STIPULATION FOR EXTENSION OF BRIEFING SCHEDULE ON SPECIALLY APPEARING DEFENDANTS' MOTION TO DISMISS OR TRANSFER VENUE** |

　　　　Plaintiff Edward Howard and (specially appearing) Defendants Powerhouse Coach, Inc., Doug Tolbert, Beckie Tolbert, and Todd Tolbert (collectively "Defendants"), via their respective counsel of record, hereby stipulate and <u>jointly</u> move the Court as follows:

　　　　1.　　Defendants filed a pending motion to "dismiss or transfer venue," with a motion hearing date of March 17, 2025.

　　　　2.　　Due to pre-existing conflicts on the schedule of both counsel representing Plaintiff (Matthew Norris and Wendi Santino), filing an opposition by the resulting due

date of March 3, 2025 will not be possible, as the two counsel have divided the work and wish to collaborate on the finished product, which they will not have time to do by March 3.

3. The parties have met and conferred through counsel to resolve this matter and have accordingly jointly agreed to seek an amended or revised briefing schedule as follows:

**a. The Plaintiff's response/opposition to Defendants' motion shall be due on Tuesday, March 11, 2025.**

**b. Additionally, Defendants' reply, if any shall be due on Tuesday, March 18, 2025.**

4. Plaintiff's counsel and counsel for Defendants have mutually consented on behalf of all parties to these extended dates.

5. The parties respectfully submit that good cause exists to support the granting of this requested extension, believe that the requested extension is in the furtherance of justice, and further state that this extension is not expected to impact any other filing date or pretrial obligation.

6. Whereas, the parties stipulate and agree to observe the revised briefing schedule set forth above, and the parties respectfully request that the Court issue an Order incorporating this proposed date and adopting the new briefing schedule agreed upon by the parties, incorporating the modest extension sought by Plaintiff's counsel and a corresponding extension for Defendants to file their reply, if any. The parties understand that there will be no oral argument unless requested by the Court, and ask that the Court set, if needed, a new hearing date (replacing the current hearing date of March 17, 2025).

7. Whereas, the parties have drafted and contemporaneously submit a proposed order for the convenience of the Court.

//

//

Respectfully Submitted,

| FOR DEFENDANTS: | FOR PLAINTIFF: |
|---|---|
| **Parsons Behle & Latimer** | **Law Office of Wendi Santino** |
| s/Skyler M. Sanders, Esq. | s/Wendi Santino, Esq. |
| _____ | _____ |
| s/Skyler M. Sanders, Esq. | s/Wendi Santino, Esq. |
| Attorney for Defendants | Attorney for Plaintiff |
| Dated: February 27, 2025 | Dated: February 27, 2025 |

**Norris Law Group, P.C.**

_____

s/Matthew J. Norris, Esq.

Attorney for Plaintiff

Dated: February 27, 2025

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual ("Manual"), I hereby certify (a) that the content of this document is acceptable to Wendi Santino, counsel for Plaintiff Edward Howard and my co-counsel, and that I have obtained Ms. Santino's authorization to affix her electronic signatures to this document; AND pursuant to the same Section of the Manual, I hereby certify (b) that the content of this document is acceptable to Skyler M. Sanders, counsel for (specially appearing) Defendants, and that I have obtained Mr. Sanders' authorization to affix his electronic signatures to this document.

**Norris Law Group, P.C.**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____
s/Matthew J. Norris, Esq.
Attorney for Plaintiff
Dated:   February 27, 2025

**JOINT MOTION AND STIPULATION FOR EXTENSION OF BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS OR TRANSFER VENUE**